395 Pa. 382 (1959)
Reedy, Appellant,
v.
Brown.
Supreme Court of Pennsylvania.
Argued March 20, 1959.
April 20, 1959.
*383 Before JONES, C.J., BELL, MUSMANNO, JONES, COHEN, BOK and McBRIDE, JJ.
George J. Barco, with him Norman S. Faulk, and Barco and Barco, for appellant.
John D. Ray, with him Ray, Good & Hudson, for appellee.
OPINION PER CURIAM, April 20, 1959:
The judgment is affirmed on the opinion of Judge SOHN, of the court below.
Mr. Justice MUSMANNO dissents.